SO ORDERED: December 16, 2015.



_____
James M. Carr
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| RICHARD LEE BURGE, ) | Case No. 14-05590-JMC-7 |
| ) | |
| Debtor. ) | |
| ) | |
| _____) | |
| ) | |
| INDIANA DEPARTMENT OF ) | |
| WORKFORCE DEVELOPMENT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adversary Proceeding No. 14-50174 |
| ) | |
| RICHARD BURGE, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Trial in this matter was held on August 19, 2015 (the "Trial"). Plaintiff Indiana Department of Workforce Development ("Plaintiff") appeared by counsel Maricel Skiles, Heather Crockett, and Spencer Tanner. Defendant Richard Burge ("Defendant") appeared in person and by counsel Keith Gifford.

In accordance with the Findings of Fact and Conclusions of Law entered contemporaneously herewith, it is HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be and hereby is entered in favor of the Defendant and against the Plaintiff as to the Plaintiff's 11 U.S.C. § 523(a)(2)(A) claim. Judgment shall be and hereby is entered in favor of the Plaintiff and against the Defendant as to the Plaintiff's 11 U.S.C. § 523(a)(7) claim in the amount of $11,212.50 and that amount of the debt owed by the Defendant to the Plaintiff is NONDISCHARGEABLE. DWD is also awarded $350 in costs for a total judgment amount of $11,562.50.

IT IS SO ORDERED.

# # #